**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>      v.<br><br>JUAN ROBETO CRUZ-QUINONEZ,<br><br>                              Defendant. | Case No.  25cr3267-AGS<br>                    25MJ4070<br><br>**INFORMATION**<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) –<br>Transportation of Certain<br>Aliens (Felony) |

The United States Attorney charges:

Counts 1 - 2

On or about July 24, 2025, within the Southern District of California, defendant, JUAN ROBETO CRUZ-QUINONEZ, knowing and in reckless disregard of the fact that the aliens below, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law:

| Count | Name |
|---|---|
| 1 | Martha Castillo Lara |
| 2 | Gerardo Botello Poqui |

TJB:sc/lml:8/4/2025

in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: ___August 18, 2025___ .

ADAM GORDON
United States Attorney

*Tyler J. Bramlet*

TYLER J. BRAMLET
Assistant U.S. Attorney

2